CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br>    Plaintiff,<br>  v.<br>GREEN FOODS LLC, a California Limited Liability Company<br>    Defendant. | Case No.: 5:22-cv-00484-BLF<br><br>**NOTICE OF SETTLEMENT** |

    The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

    The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation/Motion for Dismissal with prejudice as to all parties will be filed within sixty days.

Dated: May 27, 2022                  CENTER FOR DISABILITY ACCESS

                                                By: /s/ Amanda Seabock
                                                Amanda Seabock
                                                Attorney for Plaintiff